UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JOSE RIVERA, JR,
    Petitioner,

        vs.                            CIVIL ACTION
                                        NO. 05-11431-DPW
                                        (Criminal action
                                        No. 02-10264-DPW)

UNITED STATES OF AMERICA,
    Respondent.

### ORDER

WOODLOCK, District Judge

    Pursuant to Rule 4(b) of the Rules Governing Section 2255 Cases, the Clerk of this Court is hereby ordered to serve a copy of the **Motion for Sentencing Rehearing**, upon the office of the United States Attorney.

    It is ordered that the Petition may within 10 days file a memorandum in support.  It is further ordered that the office of the United States Attorney shall, within 20 days of receipt of petitioners memorandum in support**, but no later than AUGUST 17, 2005,** <u>file a dispositive response</u>, or other responsive pleading, if a dispositive response is not appropriate, to the motion.  If Respondent intends to file a dispositive motion in this case, a dispositive motion shall be filed by **AUGUST 17, 2005.**

                                                        BY THE COURT,

                                                         <u>/s/ Michelle Rynne</u>
                                                         Deputy Clerk

DATED: July 18, 2005