UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JOSE RIVERA, Jr., )<br>Defendant_____ ) | DOCKET NO.<br>0511431 |

## MOTION FOR A SENTENCING REHEARING

NOW COMES the Defendant, Jose Rivera in the above-captioned matter and respectfully moves this Honorable Court to allow him to challenge the amount of drugs used in connection with his sentencing.

In support of the foregoing, the defendant states that the Probation Department and the Court relied on a quantity of drugs that he did not have the opportunity to challenge in Court.

Respectfully submitted,

Dated: July 28, 2005

John C. McBride, Esq.
BBO# 326960
McBRIDE & NATOLA
A Professional Association
The Waterfront Building
240 Commercial Street
Suite 2-B
Boston, MA 02109