UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
JOSE RIVERA, JR.,                )  CIVIL ACTION NO.
     Petitioner,                 )  05-11431-DPW
                                 )
     v.                          )
                                 )
UNITED STATES OF AMERICA,        )
     Defendant.                  )
-------------------------------------------------------------

UNITED STATES OF AMERICA         )  CRIMINAL NO. 02-10264-DPW
                                 )
     v.                          )
                                 )
JOSE RIVERA, JR.                 )
```

**ORDER OF DISMISSAL**

WOODLOCK, District Judge

    In accordance with this Court's Memorandum and Order issued October 28, 2005, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                              BY THE COURT,

                                              /s/ Michelle Rynne
                                              Deputy Clerk

DATED: October 28, 2005