# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-11431

Jose Rivera Jr.

v.

United States of America

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 11/18/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 18, 2006.

Sarah A. Thornton, Clerk of Court

By: *[signature]*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 1/18/06 .

*[signature]* Barchard
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-11431-DPW

Rivera v. United States of America
Assigned to: Judge Douglas P. Woodlock
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 07/08/2005
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

Jose Rivera, Jr.

represented by **John C. McBride**
McBride and Natola
The Waterfront Building
240 Commercial Street
Boston, MA 02109
617-367-8844
Fax: 617-523-5153
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States of America**

represented by **Peter K. Levitt**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
Fax: 617-748-3965
Email: Peter.Levitt@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| | | |
|---|---|---|
| 07/08/2005 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255), filed by Jose Rivera, Jr.(Nici, Richard) (Entered: 07/11/2005) |
| 07/08/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Nici, Richard) (Entered: 07/11/2005) |
| 07/18/2005 | 2 | Judge Douglas P. Woodlock : ORDER entered. SERVICE ORDER re 2255 Motion. Order entered pursuant to R.4 of the Rules governing Section 2255 cases for service on respondents. Answer/responsive pleading due no later than AUGUST 17, 2005.(Rynne, Michelle) (Entered: 07/18/2005) |
| 08/02/2005 | 3 | MOTION for a sentencing rehearing by Jose Rivera, Jr.(Nici, Richard) (Entered: 08/03/2005) |
| 08/02/2005 | 4 | MEMORANDUM in Support re 3 MOTION for Hearing filed by Jose Rivera, Jr. Presentence report included and not scanned. (Nici, Richard) (Entered: 08/03/2005) |
| 08/03/2005 |  | Judge Douglas P. Woodlock : Electronic ORDER entered. ORDER REQUIRING ELECTRONIC FILING. It is hereby ORDERED that, unless leave is granted, upon good cause shown, to file paper documents in lieu of electronic filing via this Court's CM/ECF system, ALL future submissions in this case must be electronically filed. Such filings shall be made in accordance with, and subject to, the terms and conditions of electronic filing as set forth by this Court. All parties and counsel who choose to appear in this action must make arrangements to register for participation in electronic case filing, if they have not already done so. It is FURTHER ORDERED that Notices, Orders and Memoranda of the Court will only be filed and served electronically. Once a party or counsel has registered for electronic filing, it is his/her responsibility to monitor his/her e-mail to ensure receipt of electronic notices. Any changes in e-mail addresses must be reported to the Court immediately(Nici, Richard). (Entered: 08/03/2005) |
| 09/09/2005 | 5 | MEMORANDUM in Opposition re 3 MOTION for Hearing filed by United States of America. (Nici, Richard) (Entered: 09/14/2005) |
| 10/28/2005 | 6 | Judge Douglas P. Woodlock : ORDER entered. MEMORANDUM AND ORDER. Clerk is directed to |

|  |  |  |
|---|---|---|
|  |  | DISMISS this action. (Rynne, Michelle) (Entered: 10/28/2005) |
| 10/28/2005 | 7 | Judge Douglas P. Woodlock : ORDER entered. ORDER DISMISSING CASE.(Rynne, Michelle) (Entered: 10/28/2005) |
| 11/15/2005 | 8 | MOTION for Leave to Appeal in forma pauperis by Jose Rivera, Jr.(Nici, Richard) (Entered: 11/15/2005) |
| 11/18/2005 |  | Judge Douglas P. Woodlock : Electronic ORDER entered granting 8 Motion for Leave to Appeal in forma pauperis. Motion shall also be treated as a "Notice of Appeal". (Rynne, Michelle) (Entered: 11/18/2005) |
| 11/18/2005 | 9 | NOTICE OF APPEAL as to 7 Order Dismissing Case by Jose Rivera, Jr. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 12/8/2005. (Motion to Proceed without prepayment of Fees is treated as Notice of Appeal in accordance with this Court's ruling on motion dated 11/18/05.) (Rynne, Michelle) (Entered: 11/18/2005) |