05-11431

# United States Court of Appeals
## For the First Circuit

No. 06-1159

JOSE RIVERA JR.

Petitioner - Appellant

v.

UNITED STATES

Respondent - Appellee

### ORDER OF COURT

Entered:  June 9, 2006

Despite repeated default notices, petitioner-appellant has failed to file a formal application in the district court for a certificate of appealability.  Under the circumstances, the district court is directed to treat the notice of appeal as an application and promptly "either issue a certificate of appealability or state why a certificate should not issue." Fed. R. App. P. 22(b)(1).

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: _____

By the Court:
Richard Cushing Donovan, Clerk


By: _____ MARGARET CARTER _____
Margaret Carter, Chief Deputy Clerk

[Certified Copies: Hon. Douglas P. Woodlock and Sarah Thornton, USDC, Clerk ]

[cc: John C. McBride, Esq., Jose Jr. Rivera, Peter K. Levitt, AUSA, Dina Michael Chaitowitz, AUSA, Jennifer H. Zacks, AUSA ]